721 F.2d 266
 UNITED STATES of America, Plaintiff-Appellee,
v.
Kenneth Lange MARTIN, Defendant-Appellant.
 No. 81-1758.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted July 8, 1982.
Decided Nov. 28, 1983.
 
 1
 William J. Friedl, Phoenix, Ariz., for defendant-appellant.
 
 
 2
 Gloria Ybarra, Asst. U.S. Atty., Phoenix, Ariz., for plaintiff-appellee.
 
 
 3
 Appeal from the United States District Court for the District of Arizona; Earl H. Carroll, District Judge, Presiding.
 
 
 4
 Before GOODWIN and NELSON, Circuit Judges, and MARSHALL,* District Judge.
 
 ORDER
 
 5
 The government's petition for rehearing of 693 F.2d 77 is allowed.
 
 
 6
 Based on the authority of Illinois v. Andreas, --- U.S. ----, 103 S.Ct. 3319, 77 L.Ed.2d 1003 (1983), the judgment is affirmed.
 
 
 
 *
 The Honorable Consuelo B. Marshall, United States District Judge for the Central District of California, sitting by designation